# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**SAF-HOLLAND, INC.**                                                    **PLAINTIFF**

v.                              No. 2:25-cv-147-DPM

**ERIC CORNEVIE GOVAN**                                        **DEFENDANT**

## ORDER

Motion for alternative service, *Doc. 7*, denied without prejudice. For good cause shown, the Court extends the time for service until 26 November 2025. Please keep trying to get good personal service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025