### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

SAF-HOLLAND, INC.                                              PLAINTIFF

v.                              No. 2:25-cv-147-DPM

ERIC CORNEVIE GOVAN                                          DEFENDANT

### ORDER

SAF Holland must file an affidavit (or other paper under oath) stating whether Govan is in military service. 50 U.S.C. § 3931(b)(1) & (4). Addendum due by 13 March 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2026