# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**SAF-HOLLAND, INC.**                                            **PLAINTIFF**

v.                          **No. 2:25-cv-147-DPM**

**ERIC CORNEVIE GOVAN**                                        **DEFENDANT**

## ORDER

Motion for default judgment, *Doc. 13*, noted.    SAF-Holland requests attorney's fees.    *Doc. 14 at 8*.    The Court needs more information.    Please file an addendum with itemized statements supporting the amount of attorney's fees and expenses.    Counsel may redact their bills or file them under seal and unredacted. Addendum due by 6 May 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2026