## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

SAF-HOLLAND, INC.                                                    PLAINTIFF

v.                              No. 2:25-cv-147-DPM

ERIC CORNEVIE GOVAN                                              DEFENDANT

### ORDER

The Court regrets its delay in resolving the pending motion. The notice of bankruptcy, *Doc. 20*, is appreciated.  SAF-Holland's motion for default judgment, *Doc. 13*, is denied without prejudice. The Court directs the Clerk to stay and administratively terminate this case.  If the case is reopened, the Court will reinstate the motion and related filings and promptly address it.  Status report or motion to reopen due by 1 September 2026, and every six months thereafter, until Govan's bankruptcy case concludes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 June 2026